FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Marion Omar Dubon-Mejia <br> Defendant. | Case No.: 8:25-MJ-00831 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __W.D. Texas__, for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __unverified background, unknown sureties, foreign ties/citizenship, alien smuggling conviction__

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___criminal history, active restraining order, instant allegations___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __10/9/25__

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE